1

2

3

4

5

6

7

8

9

10

11

United States District Court
Northern District of California

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN MACHIKAWA, et al., | Case No. 15-cv-01001-HSG |
| Plaintiffs, | **ORDER CONTINUING DEADLINES FOR DEFENDANTS TO ANSWER OR OTHERWISE RESPOND TO COMPLAINTS** |
| v. | |
| COOPER VISION, INC., et al., | |
| Defendants. | |
| RACHEL MILLER, et al., | Case No. 15-cv-01028-HSG |
| Plaintiffs, | |
| v. | |
| ALCON LABORATORIES, INC., et al., | |
| Defendants. | |
| SUNEETA D FERNANDES, | Case No. 15-cv-01045-HSG |
| Plaintiff, | |
| v. | |
| ALCON LABORATORIES, INC., et al., | |
| Defendants. | |
| STEPHEN MANGUM, | Case No. 15-cv-01064-HSG |
| Plaintiff, | |
| v. | |
| COOPERVISION, INC.,,, et al., | |
| Defendants. | |

United States District Court
Northern District of California

| | |
|---|---|
| 1    KIMBERLY MARTIN, | Case No. 15-cv-01090-HSG |
| 2          Plaintiff, | |
| 3          v. | |
| 4    ALCON LABORATORIES, INC., et al., | |
| 5          Defendants. | |
| 6    SUSAN G GORDON, | Case No. 15-cv-01092-HSG |
| 7          Plaintiff, | |
| 8          v. | |
| 9    COOPER VISION, INC., et al., | |
| 10          Defendants. | |
| 11    MATTHEW J. CARDAMONE, | Case No. 15-cv-01093-HSG |
| 12          Plaintiff, | |
| 13          v. | |
| 14    ALCON LABORATORIES, INC., et al., | |
| 15          Defendants. | |
| 16    GLORIA GOLDBLATT, | Case No. 15-cv-01095-HSG |
| 17          Plaintiff, | |
| 18          v. | |
| 19    ALCON LABORATORIES, INC., et al., | |
| 20          Defendants. | |
| 21    SERGE PENTSAK, et al., | Case No. 15-cv-01097-HSG |
| 22          Plaintiffs, | |
| 23          v. | |
| 24    ALCON LABORATORIES, INC., et al., | |
| 25          Defendants. | |

26

27

28

2

United States District Court
Northern District of California

| | |
|---|---|
| 1  JULIANA BRODSKY, | Case No. 15-cv-01123-HSG |
| 2  Plaintiff, | |
| 3  v. | |
| 4  COOPER VISION, INC., et al., | |
| 5  Defendants. | |
| 6  DUSTY PRICE, et al., | Case No. 15-cv-01124-HSG |
| 7  Plaintiffs, | |
| 8  v. | |
| 9  ALCON LABORATORIES, INC., et al., | |
| 10  Defendants. | |
| 11  BENJAMIN W. HEWITT, et al., | Case No. 15-cv-01196-HSG |
| 12  Plaintiffs, | |
| 13  v. | |
| 14  ALCON LABORATORIES, INC., et al., | |
| 15  Defendants. | |

16

17           Motions to transfer the above-captioned class actions, along with other related actions filed

18    in other districts, to a single district for coordination or consolidation are currently pending before

19    the Judicial Panel for Multidistrict Litigation ("JPML").  *See In re: Disposable Contact Lens*

20    *Antitrust Litigation*, MDL No. 2626.  The deadlines for Defendants to answer or otherwise

21    respond to the complaints filed in the above-captioned class actions are hereby continued pending

22    resolution of MDL No. 2626.  Discovery shall also be stayed pending resolution of MDL No.

23    2626.  However, if Defendants are required to answer or otherwise respond to another complaint

24    in a related class action before then, Defendants will answer or otherwise respond to the

25    complaints in the above-captioned class actions at the same time.  Furthermore, if any Defendant

26    responds to any discovery requests or makes any initial disclosures in a related class action, that

27    Defendant will simultaneously provide the same responses and/or disclosures to any Plaintiff in

28    any one of the above-captioned class actions involving that Defendant.

3

1    **IT IS SO ORDERED.**

2    Dated: March 31, 2015

3    _____

     HAYWOOD S. GILLIAM, JR.
4    United States District Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

4